UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON KING, | No. C 07-3866 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LAURIE SMITH, Sheriff, | |
| Respondent. | |

This action is dismissed because the claims in the petition duplicate those contained in an earlier-filed petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 17, 2007

SUSAN ILLSTON
United States District Judge